United States District Court
Southern District of Texas
FILED
OCT 19 2016
David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Ivan Ramos-Reyes    YOB:   PRINCIPAL   1987
Mexico

## CRIMINAL COMPLAINT

Case Number:

M-16-1954-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 18, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Miguel Angel Hernandez-Martinez, a citizen and national of the United Mexican States, and Carlos Isai Zapet-Gomez, a citizen and national of Guatemala, along with three (3) other undocumented alien, for a total of five (5), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On October 18, 2016 at approximately 7:00 P.M., Border Patrol Agents working plain clothes operations were patrolling south of Mission, Texas. Agents noticed a white minivan drive south towards the Rio Grande River near La Lomita Park. Agents then witnessed several subjects emerge from the brush and enter the white minivan. After the subjects entered the minivan the minivan drove off. Agents followed the minivan and relayed the information to other agents working in the area. Agent C. Jacob responded and subsequently pulled over the white minivan. Agent Jacob approached the minivan and noticed two subjects in the back cargo area of the minivan and several more on the back passenger seat.

The driver was identified as Ivan RAMOS-Reyes a Lawful Permanent Resident. The other five passengers were determined to be illegally present in the United States. All subjects were placed under arrest and transported to the Border Patrol Station.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant

Approved Joseph Leonard
Sworn to before me and subscribed in my presence,

**October 19, 2016**    3:38 pm   at

Date

**Gustavo Balderas**    **Senior Patrol Agent**
Printed Name of Complainant

**McAllen, Texas**
City and State

**Peter E. Ormsby**   , **U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- 1954 -M

RE: Ivan Ramos-Reyes

**CONTINUATION:**

PRINCIPAL STATEMENT:

Ivan RAMOS-Reyes, a Lawful Permanent Resident from Mexico, was read his Miranda Rights and agreed to provide a sworn statement without the presence of an attorney.

RAMOS stated that a friend offered him a job transporting illegal aliens. RAMOS indicated he accepted the job and was going to be paid $150 USD per illegal alien. RAMOS also stated he received instructions to pick up illegal aliens at La Lomita Park. RAMOS finally stated that he was supposed to receive a phone call with additional instructions on where to take the illegal aliens.

MATERIAL WITNESS STATEMENT – 1:

Miguel Angel HERNANDEZ-Martinez, a citizen of Mexico, was read his Miranda Rights and agreed to provide a sworn statement without an attorney present.

HERNANDEZ stated he was to pay $4,500 USD to be smuggled into the United States. HERNANDEZ also stated that once in the United States, a smuggler guided him and others to the pickup location and told them to wait for a white minivan. Moments later, a white minivan showed up and the smuggler told them to get in. HERNANDEZ indicated that the driver also told them to hurry up, get in the vehicle, hide, and not to make a sound. HERNANDEZ finally stated that a few minutes after they drove off, they were pulled over by Immigration.

Miguel Angel HERNANDEZ-Martinez identified Ivan RAMOS-Reyes through a photo lineup as the driver of the white minivan.

MATERIAL WITNESS STATEMENT – 2:

Carlos Isai ZAPET-Gomez, a citizen of Guatemala, was read his Miranda Rights and agreed to provide a sworn statement without an attorney present.

ZAPET stated he paid approximately $4,000 USD to be smuggle into the United States and was to pay an additional $2,000 USD once he reached his final destination. ZAPET also stated that once in the United States, the smuggler told them to run towards the church and enter a white minivan waiting for them. ZAPET indicated that when they reached the white minivan, the smuggler told them to enter the vehicle. ZAPET stated he saw the driver of minivan once inside the vehicle. A few minutes later, they were pulled over and arrested.

Carlos Isai ZAPET-Gomez identified Ivan RAMOS-Reyes through a photo lineup as the driver of the white minivan.